UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC, et al.,

    Plaintiffs,

v.                             Case No. 8:09-cv-898-T-30AEP

MISSOURI DONUTS, INC., et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Before the Court is a Stipulation of Dismissal (Dkt. #38). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear its own costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 11, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-898.dismissal 38.wpd